C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81839  C-13D |
| Diana M. Corbett | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTOR TO INCUR INDEBTEDNESS

On June 30, 2011, a hearing was held on the Motion by the Debtor for permission to borrow funds to purchase a replacement vehicle. At the hearing, Ruben Fernandez, Esq. appeared on behalf of the Debtor; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and no other party appeared or objected to the Debtor's Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtor for permission to borrow funds for the purchase of a replacement vehicle is granted.

2. The Debtor is permitted to obtain financing from Drive Time in an amount not to exceed $16,577.67, payable with interest at a rate of no more than 18% per annum.

3. The Debtor is authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

4. Ruben Fernandez, Esq., counsel for the Debtor, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

# PARTIES IN INTEREST
## Page 1 of 1
## 10-81839 C-13D

Diana M. Corbett
551 Riddle Ave.
Hillsborough, NC 27278

Ruben T. Fernandez, Esq.
PO Box 391
Durham, NC  27702

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702